**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-2535**

_____

CHRISTINE SANDRA MCLENDON,

                                    Plaintiff - Appellant,

        versus

STATE OF MARYLAND; LABOR INDUSTRY; DENIS
PELLITIER; MANPOWER, INC.,

                                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-95-1727-JFM)

_____

Submitted:  January 11, 1996        Decided:  January 23, 1996

_____

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Christine Sandra McLendon, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order (1) amending her Complaint to add two Defendants and allowing her twenty days to complete the necessary form in order to effect service on one of those Defendants, and (2) denying her motion for reconsideration. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2